Keith C. Thompson
State Bar No. 24013631
**LAW OFFICE OF KEITH C. THOMPSON**
11003 Quaker Avenue
Lubbock, Texas 79424
Telephone: 806-783-8322
Facsimile: 806-783-8357
Email: kct@kctlaw.us
**COUNSEL FOR SIWELL, INC., D/B/A**
**CAPITAL MORTGAGE SERVICES OF**
**TEXAS**

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| SIWELL, INC., D/B/A CAPITAL MORTGAGE SERVICES OF TEXAS<br>*PLAINTIFF* | § § § § § | |
| V. | § § | CASE NO. 5:19-CV-00025 |
| WILLIAM BERTHELETTE AND LAND GORILLA, LLC<br>*DEFENDANTS* | § § § § | |

### PLAINTIFF'S FIRST AMENDED MOTION FOR
### DEFAULT JUDGMENT AGAINST WILLIAM BERTHELETTE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Plaintiff, SIWELL, INC. d/b/a CAPITAL MORTGAGE SERVICES OF TEXAS by and through its attorney, KEITH C. THOMPSON, and moves the Court for an Order of Default against the named Defendant Berthelette, as he has failed to answer or otherwise defend this suit within the time allowed by law.

## I.     MOTION FOR DEFAULT JUDGMENT

1.      This suit was originally filed in the 99th District Court of Lubbock County, Texas on September 25, 2018, as Cause No. 2018-532,364; Siwell, Inc. d/b/a Capital Mortgage Services of Texas, Plaintiff v. William Berthelette, Defendant (the "State Court Petition").

2.      The Lubbock County case access database indicates that Defendant Berthelette was served with citation and the State Court Petition on September 29, 2018.[1]

3.      A thorough review of both the State Court case record and the record of this suit after removal to this honorable Court show that no answer has been filed by Defendant Berthelette in accordance with FRCP 12(a) and/or Tex. R. Civ. P. §83.[2,3]

4.      In November 2018, the State Court Petition was amended to name Land Gorilla, LLC as another Defendant.

5.      This suit was removed to this Honorable Court soon after.

6.      A federal court takes a case where positive affirmative action of state court left it. *McDonnell v. Wasenmiller*, 74 F.2d 320, 1934 U.S. App. LEXIS 3951 (8th Cir. 1934).

7.      When a case is removed to federal court, that court takes it as though everything done in state court had in fact been done in federal court, but federal court is not bound by any rule of state practice that is in conflict with federal statute. *Savell v. Southern R. Co.*, 93 F.2d 377, 1937 U.S. App. LEXIS 2817 (5th Cir. 1937).

## II.     PRAYER

---

[1] Proof of service of citation of the State Court Petition is filed in this suit as Document No. 25, and is attached hereto as Exhibit A.
[2] See Exhibit B, State Court Record.
[3] See Exhibit C, Federal Court Record.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the Court to enter a Default Judgment on all claims herein asserted, decreeing that Defendant is liable to Plaintiff on all issues and for damages in the amount of $59,226.64; post-judgment interest at 5% per annum or the statutory rate, whichever is greater; plus all other and further relief to which Plaintiff may be justly entitled.

DATED this 12th day of January 2021.

Respectfully submitted,

THE LAW OFFICE OF KEITH C. THOMPSON, PC
11003 Quaker Avenue
Lubbock, Texas 79424
Telephone: 806-783-8322
Fax:  806-783-8357
SBN:  24013631
kct@kctlaw.us


/s/ Keith C. Thompson
KEITH C. THOMPSON


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to WILLIAM BERTHELETTE AT 2473 Lake Road, Ridgeway, SC 29130 Via Certified Mail on the 12th day of January 2021.


/s/ Keith C. Thompson
Keith C. Thompson

# Exhibit A

## RETURN OF SERVICE
## CITATION

Issued: September 26, 2018

Lubbock County Cause Number: 2018532364
99th District Court

Sewell, Inc., d/b/a Capital Mortgage Services of Texas
V.
William Berthelette

2018 OCT -1  PM 1: 29

PERSON OR ENTITY TO BE SERVED AND ADDRESS FOR SERVICE:
William Berthelette
2473 Lake Road, Ridgeway, SC  29130

### VERIFICATION OF DISTRICT CLERK
### CITATION BY CERTIFIED MAIL

Came to hand on **Wednesday, September 26, 2018, at 10:49 AM**, and executed in **Lubbock** County, Texas, by mailing to the defendant, by certified mail, restricted delivery, return receipt requested, a true copy of this Citation together with a copy of the **ORIGINAL PETITION**, to wit:

**TRACKING INFORMATION:**

## CMRR # 9414814902356190006433

DATE MAILED:                    Wednesday, September 26, 2018

CITATION SIGNED FOR BY:      *see signature page*

DATE CITATION WAS SIGNED FOR:      9-29-18    11:32aa

*OR NOT* EXECUTED TO DEFENDANT; The diligence used in finding said defendant, the cause of failing to execute this process and the information received as to the whereabouts of the said defendant, being:

01900266078005
**CISS - CITATION ISSUED**
Case No: 2018-532.364

Barbara Sucsy, District Clerk
904 Broadway, Room 105
Lubbock, Texas 79401

By  *Jamie Horton*  Deputy
Deputy Name

*********PLEASE SEE THE ATTACHED RETURN RECEIPT OR RETURN ENVELOPE**********

## CITATION
## THE STATE OF TEXAS

TO:     **William Berthelette**
      **2473 Lake Road, Ridgeway, SC  29130**

Defendant Greetings:

## NOTICE

**You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk of the court who issued this citation by 10 o'clock a.m. on the Monday following the expiration of 20 (twenty) days after you have been served this citation and Original Petition, a default judgment may be taken against you.**

Said **Plaintiff's Original Petition** was filed in the **99th District Court** of Lubbock County, Texas, on **September 25, 2018**.  The file number of said suit being Cause Number **2018532364**, and styled:

**Sewell, Inc., d/b/a Capital Mortgage Services of Texas,**
*Plaintiff*
**V.**
**William Berthelette,**
*Defendant*

The nature of **Plaintiff's** demand is set out and shown by a true and correct copy of the **Original Petition**, accompanying this citation, and made a part thereof.

Plaintiff is represented by:
**Keith C. Thompson, 11003 Quaker Avenue, Lubbock, TX  79424 (806)783-8322**

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Lubbock County, Texas, this Wednesday, September 26, 2018, at 10:49 AM.

Barbara Sucsy, District Clerk<br>
99th District Court<br>
P.O. Box 10536 (79408)<br>
904 Broadway<br>
Lubbock, Texas 79401<br><br>
By _____ Deputy<br>
Jamie Horton

**UNITED STATES**
**POSTAL SERVICE**

October 1, 2018

Dear J HORTON:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8149 0235 6190 0064 33.**

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 29, 2018, 11:32 am |
| **Location:** | RIDGEWAY, SC 29130 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | WILLIAM BERTHELETTE |

| Shipment Details | |
|---|---|
| **Weight:** | 3.0oz |

| Recipient Signature |
|---|

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Exhibit B

| Case # | 2018532364 | Case Reference | 900266078 | Case Status | CLOSED |
|---|---|---|---|---|---|
| Plantiff | SIWELL, INC. D/B/A CAPITAL M | | Defendant | LAND GORILLA, LLC | |
| File Date | 9/25/2018 | | Court | D099 | |
| Agency Case # | | | Agency | | |
| Service Date | 1/26/2019 | | Plantiff Attorney | THOMPSON, KEITH C | |
| Answer Date | | | Defense Attorney | | |
| Docket Date | | | Docket | | |
| Disposition Date | 2/11/2019 | | Disposition | NOTICE OF REMOVAL | |
| Status Date | 1/22/2019 | | Status | CITATION ISSUED | |
| Discovery Date | 9/25/2018 | | Discovery Level | DISCOVERY LEVEL 2 | |
| Complaint Date | | | Original Petition | $0.00 | |
| Civil Code | ACF | | Description | DEBT/CONTRACT - FRAUD/MIS | |
| Trial End Date | | | | | |

**Court Access System**
**Case Events**
Case: 2018532364

01/11/2021

| Sequence | Event Date | Court | Description | Notes |
|---|---|---|---|---|
| 1 | 09/25/2018 | D099 | PETITION FILED | Plaintiff's Original Petition PREPAID |
| 2 | 09/25/2018 | D099 | DISCOVERY LEVEL 2 | |
| 3 | 09/25/2018 | D099 | REQUEST | Civil Process Request Form - C |
| 4 | 09/25/2018 | D099 | CASE INFORMATION SHEET | Case Information Sheet - CMS v |
| 5 | 09/26/2018 | D099 | CITATION ISSUED | CMRR # 94148149023561900006433 PREPAID |
| 6 | 01/22/2019 | D099 | AMENDED PLEADING | PLAINTIFF'S FIRST AMENDED PETI |
| 7 | 01/22/2019 | D099 | REQUEST | SERVICE REQUEST PREPAID |
| 8 | 01/22/2019 | D099 | CITATION ISSUED | CMRR # 948901490235619025494 PREPAID |
| 9 | 01/28/2019 | D099 | CITATION SERVED | CM SIGNED FOR |
| 10 | 02/11/2019 | D099 | NOTICE OF REMOVAL | Notice of Removal to Federal C |

Exhibit C

**5:19-cv-00025-C** Siwell Inc v. Berthelette et al

Sam R Cummings, presiding
**Date filed:** 02/11/2019
**Date of last filing:** 01/06/2021

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed & Entered:* | 02/11/2019 | Notice of Removal |
| 2 | *Filed & Entered:* | 02/11/2019 | Cert. Of Interested Persons/Disclosure Statement |
| 3 | *Filed & Entered:*<br>*Terminated:* | 02/11/2019<br>05/01/2019 | Motion to Compel |
| 4 | *Filed & Entered:* | 02/11/2019 | Brief/Memorandum in Support of Motion |
| 5 | *Filed & Entered:* | 02/12/2019 | Cummings (West Texas) |
| 6 | *Filed & Entered:* | 02/12/2019 | Notice and Instruction to Pro Se Party |
| 7 | *Filed & Entered:* | 02/13/2019 | Order to Show Cause/Order to Answer |
| 8 | *Filed & Entered:* | 02/13/2019 | Response/Objection |
| 9 | *Filed & Entered:* | 02/14/2019 | Order |
| 10 | *Filed & Entered:* | 02/27/2019 | Amended Complaint |
| 11 | *Filed & Entered:*<br>*Terminated:* | 03/04/2019<br>05/01/2019 | Motion for Attorney Fees |
| 12 | *Filed & Entered:* | 03/04/2019 | Brief/Memorandum in Support of Motion |
| 13 | *Filed & Entered:*<br>*Terminated:* | 03/06/2019<br>03/07/2019 | Motion for Miscellaneous Relief |
| 14 | *Filed & Entered:* | 03/07/2019 | Order on Motion for Miscellaneous Relief |
| 15 | *Filed & Entered:* | 03/22/2019 | Response/Objection |
| 16 | *Filed & Entered:* | 04/05/2019 | Reply |
| 17 | *Filed & Entered:*<br>*Terminated:* | 04/09/2019<br>04/10/2019 | Motion for Leave to File |
| 18 | *Filed & Entered:* | 04/10/2019 | Order on Motion for Leave to File |
| 19 | *Filed & Entered:* | 04/10/2019 | Sur-reply |
| 20 | *Filed & Entered:* | 05/01/2019 | Order of Dismissal or Administrative Closure |
| 21 | *Filed & Entered:*<br>*Terminated:* | 11/19/2020<br>11/23/2020 | Motion to Reopen Case |
| 22 | *Filed & Entered:* | 11/23/2020 | Order on Motion to Reopen Case |
| 23 | *Filed & Entered:*<br>*Terminated:* | 12/04/2020<br>12/28/2020 | Motion for Default Judgment |
| 24 | *Filed & Entered:* | 12/28/2020 | Order on Motion for Default Judgment |
| 25 | *Filed & Entered:* | 01/06/2021 | Affidavit of Service |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 01/11/2021 16:22:34 | | | |
| **PACER Login:** | thompson0387:2801741:0 | **Client Code:** | CMS v. Berthalette LG |
| **Description:** | History/Documents | **Search Criteria:** | 5:19-cv-00025-C |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |