IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SIWELL, INC. D/B/A CAPITAL MORTGAGE SERVICES OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM BERTHELETTE AND GORILLA, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 5:19-CV-00025 |

## DEFAULT JUDGMENT

For the reasons stated in the Court's Order of even date, granting Plaintiff's Motion for Default Judgment, **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for Defendant to be liable to Plaintiff on all issues and for the damages in the amount of $59,226.64 with a post-judgment interest rate of 0.07%, be **GRANTED**.

SIGNED this 26th day of March, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE