IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SIWELL, INC. D/B/A CAPITAL MORTGAGE SERVICES OF TEXAS | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 5:19-cv-00025-C |
| WILLIAM BERTHELETTE AND LAND GORILLA, INC. (formerly Land Gorilla, LLC) | § § § § § | |
| *Defendants.* | § § | |

## EX PARTE MOTION TO REOPEN CASE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant Land Gorilla, Inc., formerly Land Gorilla, LLC ("LG"), converted via state conversion process with converted entity substituted per party stipulation, now by and through counsel files this *Ex Parte* Motion to Reopen the above styled and numbered civil action and would respectfully represent as follows:

1. On February 11, 2019, LG filed its Motion to Compel Arbitration (Dkt. #3), to compel Plaintiff Siwell, Inc. d/b/a Capital Mortgage Services of Texas ("CMS") to arbitrate.

2. On May 1, 2019, the Court entered its Order granting LG's Motion to Compel Arbitration (Dkt. #20) and administratively closed the case without prejudice. "To manage the Court's docket more efficient, the above-styled and -numbered civil action is hereby **ADMINISTRATIVELY CLOSED** without prejudice subject to being reopened should the need arise." *Id*.

3. LG, as Claimant, and CMS, as Respondent, proceeded with JAMS Arbitration No. 1220061506 ("Arbitration"), the Honorable Melinda A. Johnson, Ret., presiding ("Arbitrator").

4. The Arbitrator issued an Award dated September 2, 2021 ("Arbitration Award"), determining LG to be the prevailing party. The Arbitrator awarded LG damages against CMS in the amount of $137,477.89 plus post award interest and awarded LG attorney's fees and costs against CMS of $105,478.51.

5. LG has not received any payment from CMS to satisfy the Award.

6. LG further seeks attorneys' fees and costs to pursue post arbitration collection and to obtain judgment pursuant to the contract and California law in the amount of $6,919.17.

7. LG requests that the Court reopen this case to permit LG to file its Application to Confirm Arbitration Award and for Entry of Judgment.[1]

WHEREFORE, Defendant Land Gorilla, Inc. respectfully requests the Court grant this *Ex Parte* Motion to Reopen this Civil Action and for any additional and further relief to which it may be justly entitled.

---

[1] On November 19, 2020, CMS filed its *ex parte* Motion to Reopen to seek default judgment against Defendant William Berthelette ("Berthelette"). Dkt. #21. On November 23, 2020, the Court entered its Order reopening the case for the sole purpose of allowing CMS to seek default judgment against Berthelette. Dkt. #22. CMS filed a Motion for Default Judgment against Berthelette on December 4, 2020, Dkt. #31, and an Amended Motion for Default Judgment on January 12, 2021. Dkt. #27. The Court entered Default Judgment against Berthelette on March 26, 2021. Dkt. #31.

Respectfully submitted,

By:    */s/ Jonathan M. Herman*
       Jonathan M. Herman (TX Bar No. 24052690)
       Michael L. Hood (TX Bar No. 09943435)
       THE HERMAN LAW FIRM
       1601 Elm Street, Suite 2002
       Santander Tower
       Dallas, Texas 75201
       Telephone:   (214) 624-9805
       Facsimile:    (469) 383-3469
       jherman@herman-lawfirm.com
       mhood@herman-lawfirm.com

       *Counsel for Defendant*
       *Land Gorilla, Inc. (formerly Land Gorilla, LLC)*

## CERTIFICATE OF SERVICE

On December 17, 2021, I electronically submitted the foregoing document and its supporting papers with the Clerk of the Court using the electronic case filing system of the Court. I hereby certify that I have served all counsel or pro se parties of record electronically or by another method of service authorized by Federal Rule of Civil Procedure 5(b)(2).

       */s/ Jonathan M. Herman*
       Jonathan M. Herman