IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SIWELL, INC. D/B/A CAPITAL MORTGAGE SERVICES OF TEXAS | § § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 5:19-cv-00025-C |
| WILLIAM BERTHELETTE AND LAND GORILLA, INC. (formally Land Gorilla LLC) | § § § § § | |
| *Defendants.* | § § | |

## ORDER

The Court, having considered Defendant Land Gorilla, Inc.'s *Ex Parte* Motion to Reopen, filed December 17, 2021, is of the opinion that the same should be GRANTED for the purpose of allowing Land Gorilla, Inc. to file its Application to Confirm Arbitration Award and for Entry of Judgment against Plaintiff Siwell, Inc. d/b/a Capital Mortgage Services of Texas.

SO ORDERED this __ day of _____ 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE