IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SIWELL, INC. *d/b/a Capital Mortgage,* *Services of Texas* | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WILLIAM BERTHELETTE and LAND GORILLA, INC., | ) ) ) |
| Defendants. | ) Civil Action No. 5:19-CV-025-C |

## ORDER

The Court, having considered Defendant Land Gorilla, Inc.'s *Ex Parte* Motion to Reopen, filed December 17, 2021, is of the opinion that the same should be **GRANTED** for the purpose of allowing Land Gorilla, Inc. to file its Application to Confirm Arbitration Award and for Entry of Judgment against Plaintiff Siwell, Inc. d/b/a Capital Mortgage Services of Texas.

SO ORDERED.

Dated December 20, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE