Linda Somers Smith, SBN: 125542
ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP
*Mailing Address*: Post Office Box 3835
San Luis Obispo, CA 93403-3835
*Physical Address*: 6633 Bay Laurel Place
Avila Beach, CA 93424
Telephone: (805) 543-0990
Facsimile: (805) 543-0980
Email: lss@ammcglaw.com

Attorneys for Claimant, Land Gorilla, Inc.

# JAMS ARBITRATION

| | |
|---|---|
| LAND GORILLA, INC. (fka Land Gorilla, LLC) <br><br> Claimant, <br><br> -vs- <br><br> SIWELL, INC. dba CAPITAL MORTGAGE SERVICES OF TEXAS, <br><br> Respondent. | JAMS No. 1220061506 <br><br> **STIPULATION TO SUBSTITUTE PARTY BY ENTITY CONVERSION - LAND GORILLA, LLC TO LAND GORILLA, INC.** |

Claimant, Land Gorilla, Inc., a Delaware corporation, and Respondent, SiWell, Inc., dba Capital Mortgage Services of Texas (collectively, the "Parties"), by and through counsel, stipulate to the substitution of Land Gorilla Inc., a Delaware corporation, in lieu of Land Gorilla, LLC, a Delaware limited liability company, as the Claimant, Land Gorilla Inc., having been created on or about February 27, 2020 by statutory conversion of Land Gorilla, LLC, such conversion completed pursuant to, and as authorized by, Delaware General Corporation Law Section 265 and Section 18-216 of the Delaware Limited Liability Company Act, all as evidenced by filings attached hereto as Exhibit A, including filings necessary to authorize the converted entity to conduct business in the state of California. (See, e.g., *Brinkley v. Monterey Fin. Servs., Inc.*, Case No.: 16-CV-1103-WQH(WVG) (S.D. Cal. Jul. 30, 2018).

1  For purpose of this matter, the Parties agree to change all referenced from Land Gorilla,
2  LLC, to Land Gorilla, Inc. By the attached public documents, the parties further request that Judge
3  Johnson take judicial notice of entity change by conversion as stipulated.
4
5  Dated: July __7__, 2020         ADAMSKI MOROSKI MADDEN
6                                  CUMBERLAND & GREEN LLP
7
8                                  By: _____
                                    LINDA SOMERS SMITH, Attorney for
9                                   LAND GORILLA, INC.
10
11
12 Dated: July __7__, 2020         MALCOLM • CISNEROS
13
14                                  By: _____
                                    CHARLES W. NUNLEY, II Attorneys for
15                                  SIWELL, INC. dba CAPITAL
                                    MORTGAGE SERVICES OF TEXAS
16
17 Dated: __7/8/20__                _____
18                                  HON. MELINDA A. JOHNSON, RET.
                                    ARBITRATOR
19
20
21 Exhibit A: Conversion Documents and Filings
22
23
24
25
26
27
28

- 2 -
STIPULATION TO SUBSTITUTE PARTY BY ENTITY CONVERSION