IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SIWELL, INC. D/B/A CAPITAL MORTGAGE SERVICES OF TEXAS | § § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 5:19-cv-00025-C |
| WILLIAM BERTHELETTE AND LAND GORILLA, INC. (formerly Land Gorilla, LLC) | § § § § | |
| Defendants. | § § | |

**AFFIDAVIT OF MICHAEL L. HOOD IN SUPPORT OF RECOVERY OF ATTORNEY'S FEES IN CONNECTION WITH APPLICATION TO CONFIRM ARBITRATION AWARD AND RELATED FILINGS**

**STATE OF TEXAS**

**DALLAS COUNTY**

Before me, the undersigned notary, on this day personally appeared Michael L. Hood, the affiant, whose identity is known to me. After I administrated an oath, affiant testified as follows:

1. My name is Michael L. Hood. I am over 18 years of age, of sound mind and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice law in the States of Texas. I was admitted to practice law in State of Texas in 1989.

3. I am senior counsel at Herman Law Firm, located at 1601 Elm Street, Suite 2002, Dallas, Texas 75201.

4. Defendant Land Gorilla, Inc., formerly Land Gorilla, LLC ("LG"), retained Herman Law Firm to represent it in this action. I have personal knowledge of this case and the work performed.

5. I have over thirty (30) years of experience in civil litigation.

6. As more fully described in my invoice, a true and correct copy of which are attached to my Affidavit as Exhibit 1 (redacted to protect against disclosure of attorney client communication and/or work product privileges), I worked from October 6, 2021 to October 11, 2021, 11.10 hours with respect to the LG Application to Confirm Arbitration Award and related filings includes review of the prior filings in this case; review of the arbitration proceedings and award; conferring with LG's California counsel on background and strategy; research and analysis of issues relating to obtaining confirmation of an arbitration award under the Federal Arbitration Act and the California Arbitration Act; preparing the *Ex Parte* Motion to Open Case and Order; and preparing the Application to Confirm Arbitration Award, Order and Judgment; and preparing the Affidavit for recovery of attorney's fees and costs.

7. The attorney's fees I charged were necessary, reasonable, and incurred in the prosecution of the Application to Confirm Arbitration Award and related filings.

8. In preparing the Application to Confirm Arbitration Award and related filings, I incurred 11.10 hours. I did not bill for 0.50 hours of work relating to review of the arbitration award and present status of the federal court action. My rate is $415.00 an hour. LG seeks recovery from CMS of $4,423.00 for my attorneys' fees.

9. I reserve the right to supplement my attorney's fees and costs if CMS files an opposition that LG must respond to.

10. In my opinion the reasonable value of the attorney's fees and costs necessarily incurred by LG relating to the Application to Confirm Arbitration Award and related filings is $4,423.00.

11. The fees I charged in this case are customarily charged in this area for the same or similar services for an attorney with my experience, reputation, and ability, considering the nature and length of The Herman Law Firm's relationship with LG, the amount in controversy and the results obtained.

*[signature]*
Michael L. Hood

Sworn to and subscribed before me by Michael L. Hood on December 21, 2021.

Notary Public in and for the State of Texas

*[notary seal: KIMBERLY G. HOLLOMAN, Notary Public, State of Texas, Comm. Expires 04-03-2022, Notary ID 124113388]*

*[signature]*
Kimberly Holloman
My Commission Expires: 4-3-22

# EXHIBIT "1"

**Herman Law Firm** 
1601 Elm Street, Thanksgiving Tower, Suite 2002
Dallas, TX 75201
(214) 624-9805
Federal Tax ID ▉▉▉▉▉▉▉▉

**Land Gorilla, LLC**
1241 Johnson Avenue Number 154
San Luis Obispo, CA 93401

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2021 | 11012 |
| **Terms** | **Service Through** |
|  | 10/31/2021 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 11.10 hrs |
| **Total Time** | $4,423.00 |
| **Total Invoice Amount** | $4,423.00 |
| ▉▉▉▉▉▉ | ▉▉▉▉ |
| **Balance (Amount Due)** | $4,423.00 |

**In Reference To: Siwell v. Land Gorilla**

**Time**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/06/2021 | Michael L Hood | Review award in favor of client and present state of the in Lubbock case. {JMH adjustment to non-billable.] | 0.50 | $ 0.00/hr | $0.00 |
| 10/07/2021 | Michael L Hood | Correspondence with Mr. George regarding the Final Award and review the terms of the Final Award. | 0.20 | $ 415.00/hr | $83.00 |
| 10/07/2021 | Michael L Hood | Analyze issue of FAA ▉▉▉▉▉, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and ▉▉▉▉▉. | 0.60 | $ 415.00/hr | $249.00 |
| 10/07/2021 | Michael L Hood | Draft the Application to Confirm Award and for Judgment, Order Confirming Award, the Judgment, Motion to Reopen and accompanying Order. | 3.80 | $ 415.00/hr | $1,577.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/07/2021 | Michael L Hood | Correspondence with Mr. George regarding follow up issue relating to the ███, ███ JAMS rules or California Code ███. | 0.20 | $ 415.00/hr | $83.00 |
| 10/07/2021 | Michael L Hood | Analyze issue of post-judgment interest, and basis for seeking post-award attorney's fees and costs for prosecuting the application to confirm award. | 0.50 | $ 415.00/hr | $207.50 |
| 10/07/2021 | Michael L Hood | Review and revisions to final draft of filings. | 0.30 | $ 415.00/hr | $124.50 |
| 10/08/2021 | Michael L Hood | Research and review the JAMS rules, the California Arbitration Act and the Federal Arbitration Act regarding ███, and ███. | 0.80 | $ 415.00/hr | $332.00 |
| 10/08/2021 | Michael L Hood | Review and analyze issue of ███. | 0.20 | $ 415.00/hr | $83.00 |
| 10/08/2021 | Michael L Hood | Review, revise and finalize the Application, Judgment, Order, Motion to Reopen and Order. | 1.10 | $ 415.00/hr | $456.50 |
| 10/08/2021 | Michael L Hood | Draft summary outline of comments and follow up relating to the filings. | 0.40 | $ 415.00/hr | $166.00 |
| 10/08/2021 | Michael L Hood | Correspondence with JMH regarding strategy for filings. | 0.10 | $ 415.00/hr | $41.50 |
| 10/11/2021 | Jonathan M Herman | Review of pleadings prepared by MLH, Motion to Reopen, Judgment, Motion to Confirm Award, Order, Judgment. | 0.30 | $ 495.00/hr | $148.50 |
| 10/11/2021 | Michael L Hood | Correspondence with JMH regarding strategy on follow up with Ms. Sommers-Smith regarding the Application to Confirm Award and related documents. | 0.10 | $ 415.00/hr | $41.50 |
| 10/11/2021 | Michael L Hood | Review notes on outstanding issues in preparation for telephone call with Ms. Sommers-Smith. | 0.10 | $ 415.00/hr | $41.50 |
| 10/11/2021 | Michael L Hood | Telephone call with Ms. Sommers-Smith regarding the Application to Confirm Arbitration Award and related filings, questions/issues raised by the filings and her direction on strategy. | 0.40 | $ 415.00/hr | $166.00 |
| 10/11/2021 | Michael L Hood | Revise the Application to Confirm Award and related documents to reflect the comments of Ms. Sommers-Smith and JMH. | 1.10 | $ 415.00/hr | $456.50 |
| 10/11/2021 | Michael L Hood | Correspondence with Ms. Sommers-Smith regarding comments and strategy on the Application to Confirm Award and related filings. | 0.40 | $ 415.00/hr | $166.00 |

|  |  |
|---|---|
| Total Hours | 11.10 hrs |
| Total Time | $4,423.00 |
| Total Amount | $4,423.00 |

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| ▇▇▇ | ▇▇▇ | | ▇▇▇ |

**User Hours Summary**

**Billing Period: 10/06/2021 - 10/31/2021**

**Project: Siwell v. Land Gorilla**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Jonathan M Herman | 0.30 | $ 495.00 | $ 148.50 |
| Michael L Hood | 10.30 | $ 415.00 | $ 4,274.50 |
| Michael L Hood | 0.50 | $ 415.00 | $ 0.00 |