IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SIWELL, INC. D/B/A CAPITAL MORTGAGE SERVICES OF TEXAS | § § § § § | |
| *Plaintiff,* | | |
| v. | § § | Civil Action No. 5:19-cv-00025-C |
| WILLIAM BERTHELETTE AND LAND GORILLA, INC. (formerly Land Gorilla, LLC) | § § § § § § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

By separate Order, the Court granted the Application to Confirm Arbitration Award and for Entry of Judgment ("Application") filed by Land Gorilla, Inc. ("LG") against Siwell, Inc. dba Capital Mortgage Services of Texas ("CMS") whereby LG seeks to confirm the September 2, 2021 arbitration award that LG obtained against CMS in JAMS Arbitration No. 1220061506 ("Arbitration Award"). It is therefore **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The Application is **GRANTED**, and the Arbitration Award is **CONFIRMED** in all respects.

2. LG shall have judgment against CMS in the amount of $137,477.89, plus post-award interest at the rate of 1.5% per month, from November 20, 2020 until date of entry of this judgment.

3. LG shall have judgment against CMS for recovery of attorneys' fees and costs in the amount of $105,478.51.

4. LG shall have judgment against CMS for recovery of the additional attorneys' fees and costs in the amount of $6,919.17 that LG incurred in post arbitration collection and to obtain this judgment.

5. Post judgment interest is payable on all of the above amounts at the rate described in 28 U.S.C. §1961(a), from the date this judgment is entered until the date this judgment is paid in full.

6. The Court orders that all writs and processes for the enforcement and collection of this final judgment may issue as necessary.

7. The Court denies all relief nor granted in this judgment.

This is a FINAL JUDGMENT.

SIGNED on _____, 202\_\_.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE