# Exhibit C

Keith C. Thompson
State Bar No. 24013631
**LAW OFFICE OF KEITH C. THOMPSON**
11003 Quaker Avenue
Lubbock, Texas 79424
Telephone: 806-783-8322
Facsimile: 806-783-8357
Email: kct@kctlaw.us
**COUNSEL FOR SIWELL, INC., D/B/A
CAPITAL MORTGAGE SERVICES OF
TEXAS**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| SIWELL, INC., d/b/a CAPITAL MORTGAGE SERVICES OF TEXAS<br>　　*PLAINTIFF*<br><br>V.<br><br>WILLIAM BERTHELETTE AND LAND GORILLA, LLC<br>　　*DEFENDANTS* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 5:19-CV-00025 |

### ORDER GRANTING SIWELL, INC. D/B/A CAPITAL MORTGAGE SERVICES' MOTION TO EXTEND TIME TO FILE RESPONSE TO LAND GORILLA, INC.'S APPLICATION TO CONFIRM ARBITRATION AWARD

THE COURT, having considered the above-described motion, response thereto, and arguments of counsel, hereby FIND that the motion is well-taken and should be in all things GRANTED.

IT IS THEREFORE ORDERED that Siwell, Inc., d/b/a Capital Mortgage Services of Texas may is permitted to submit its Response to Land Gorilla, Inc.'s (f/k/a Land Gorilla, LLC) Application to Confirm Arbitration Award prior to close of business on January 13, 2022.

IT IS SO ORDERD this \_\_\_\_ day of _____, 2022.

                                              _____
                                              Hon. Sam R. Cummings presiding