IN THE UNITED STATES DISTRICTCOURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SIWELL, INC. D/B/A CAPITAL MORTGAGE SERVICES OF TEXAS | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 5:19-cv-00025-C |
| WILLIAM BERTHELETTE AND LAND GORILLA, INC. (formerly Land Gorilla, LLC) | § § § § § | |
| *Defendants.* | § § | |

**DEFENDANT'S STATEMENT OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME (Dkt. #35)**

NOW INTO COURT, through undersigned counsel, comes Defendant, Land Gorilla, Inc. ("Land Gorilla"), who respectfully informs this Honorable Court that it does not oppose Plaintiff Siwell, Inc. d/b/a Capital Mortgage Services of Texas's Motion to Extend Time to File Response (Dkt. #35) to Defendant's Application to Confirm Arbitration Award (Dkt. #34).

Respectfully submitted,

By:   */s/ Jonathan M. Herman*
Jonathan M. Herman (TX Bar No. 24052690)
Michael L. Hood (TX Bar No. 09943435)
THE HERMAN LAW FIRM
1601 Elm Street, Suite 2002
Thanksgiving Tower
Dallas, Texas 75201
Telephone:    (214) 624-9805
Facsimile:    (469) 383-3469
jherman@herman-lawfirm.com
mhood@herman-lawfirm.com

*Counsel for Defendant*
*Land Gorilla, Inc. (formerly Land Gorilla, LLC)*

## CERTIFICATE OF SERVICE

On January 18, 2022, I electronically submitted the foregoing document and its supporting papers with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel or pro se parties of record electronically or by another method of service authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                 */s/ Jonathan M. Herman*
                                                  Jonathan M. Herman