IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SIWELL, INC. d/b/a Capital Mortgage, Services of Texas <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BERTHELETTE and LAND GORILLA, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:19-CV-025-C |

## ORDER

The Court, having considered Plaintiff's Motion to Extend Time to File Response to Defendant Land Gorilla, Inc.'s Application to Confirm Arbitration Award, filed January 13, 2022, is of the opinion that the same should be **GRANTED**. Accordingly, the Clerk of Court is hereby directed to file Plaintiff's Exhibit B (attached to Document 35) as Plaintiff's Response to Defendant Land Gorilla, Inc.'s Application to Confirm Arbitration Award.

SO ORDERED.

Dated January 24, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE.