IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SIWELL, INC. D/B/A CAPITAL MORTGAGE SERVICES OF TEXAS | § § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 5:19-cv-00025-C |
| WILLIAM BERTHELETTE AND LAND GORILLA, INC. | § § § § § | |
| *Defendants.* | § | |

## SATISFACTION OF JUDGMENT

On January 31, 2022, this Court entered Judgment in favor of Land Gorilla, Inc. (Defendant) and against Siwell, Inc. d/b/a Capital Mortgage Services of Texas (Plaintiff), in the sum of $137,477.89, plus pre- and post-judgment interest and attorney's fees. (Doc. 42).

Defendant acknowledges full payment of said Judgment, including pre- and post-judgment interest and attorney's fees, in the total amount of $295,000.00. Accordingly, and there being no further disputes or motion practice between these parties, Defendant desires to release the Judgment as being fully and completely satisfied by Plaintiff.

Dated: June 24, 2022.

        Respectfully submitted,

    By:   */s/ Jonathan M. Herman*
        Jonathan M. Herman (TX Bar No. 24052690)
        Charles W. Hill (TX Bar No. 24063885)
        THE HERMAN LAW FIRM
        1601 Elm Street, Suite 2002
        Santander Tower
        Dallas, Texas 75201
        Telephone:   (214) 624-9805
        Facsimile:   (469) 383-3469
        jherman@herman-lawfirm.com
        chill@herman-lawfirm.com

        *Counsel for Defendant Land Gorilla, Inc.*

## CERTIFICATE OF SERVICE

On June 24, 2022, I electronically submitted the foregoing document and its supporting papers with the Clerk of the Court using the electronic case filing system of the Court. I hereby certify that I have served all counsel or pro se parties of record electronically or by another method of service authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Jonathan M. Herman*
        Jonathan M. Herman