IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SIWELL, INC. *d/b/a Capital Mortgage, Services of Texas*<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BERTHELETTE and LAND GORILLA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:19-CV-025-C |

## ORDER

Following the filing of Defendant Land Gorilla, Inc.'s Notice of Withdraw, the Court **ORDERS** that Defendant Land Gorilla, Inc.'s Motion to Compel Responses to Post-Judgment Discovery Requests be **DENIED** as moot.

SO ORDERED.

Dated June 27, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE